**IT IS ORDERED as set forth below:**

Date: July 23, 2010

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

\\ _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-74485-WLH |
| THOMAS KEITH SAMUEL,<br>KAMEELAH MARTIN SAMUEL,<br>    Debtors. | CHAPTER 7 |
| U.S. BANK, N.A.,<br>    Movant. | |
| v. | CONTESTED MATTER |
| THOMAS KEITH SAMUEL,<br>KAMEELAH MARTIN SAMUEL,<br>MARTHA A. MILLER, ESQ., Trustee,<br>    Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay June 29, 2010, together with a Notice of Hearing set for July 15, 2010 (Doc. No. 17), regarding Debtors' real estate located at 7414 Gossamer Drive, Union City, GA 30291 (the "Property") and contends service was proper upon the above-captioned Respondents. Respondents did not oppose Movant's Motion; accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: /s/Alice Blanco
Alice Blanco
Georgia Bar Number 062160
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
ablanco@penderlaw.com
Attorney for Movant
Firm File Number: 10-05243

DISTRIBUTION LIST

Martha A. Miller, Esq.
Martha A. Miller, PC
229 Peachtree Street, NE, Suite 2415
Atlanta, GA  30303

Alice Blanco
Pendergast & Associates, P.C.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346

Darrell Lee Burrow, Esq.
Darrell L. Burrow, PC
4812-A Old National Hwy.
College Park, GA  30337

Thomas Keith Samuel
3202 Peachtree Landing Circle
Fairburn, GA  30213

Kameelah Martin Samuel
3202 Peachtree Landing Circle
Fairburn, GA  30213